# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOVANNY MAYORGA,<br><br>   Plaintiff(s),<br><br>v.<br><br>DIET CENTER LLC,<br><br>   Defendant(s). | Case No. 2:21-cv-02105-JCM-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than January 25, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: January 19, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1