# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOVANNY MAYORGA,<br><br>        Plaintiff(s),<br><br>v.<br><br>DIET CENTER LLC,<br><br>        Defendant(s). | Case No. 2:21-cv-02105-JCM-NJK<br><br>**Order**<br><br>[Docket No. 25] |

Pending before the Court is Plaintiff's motion to stay discovery or, alternatively, to extend deadlines. Docket No. 25. The request to stay discovery is **DENIED** as moot. *See* Docket No. 26 (amended complaint). The request to extend deadlines is unopposed. *See* Docket No. 27. For good cause shown, that aspect of the motion is **GRANTED**. Deadlines are hereby **RESET** as follows:

- Initial disclosures:  closed
- Amend pleadings/ add parties:  closed
- Initial experts:  closed
- Rebuttal expert:  closed
- Discovery cutoff:  September 30, 2022
- Dispositive motions:  October 31, 2022
- Joint proposed pretrial order:  November 30, 2022, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: July 26, 2022

_____
Nancy J. Koppe
United States Magistrate Judge